Printed: 02/11/10 10:35 AM

# Claims Distribution Small Checks

Trustee: Bridget A. Brine (430170)

Case: 08-50693 - MARSHALL, MARY LOU

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 31205981O166 | 107 | 02/11/10 | | | Payee: U.S. Bankruptcy Court | | | Check Amount: | 0.44 |
| | | | 07/24/08 | 200 | Brine Law Firm Ltd | 2.00 | 2.00 | 1.44 | 0.44 |

(*) Denotes objection to Amount Filed

RECEIVED
2010 FEB 16　AM 10: 11
U.S. BANKRUPTCY COURT
DULUTH, MN